# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --               )

)

Maersk Line Limited, Inc.        )     ASBCA Nos. 58779, 58844

)

Under Contract No. HTC711-09-D-0040   )

APPEARANCE FOR THE APPELLANT:     Elizabeth A. Ferrell, Esq.
                                        Bradley Arant Boult Cummings, LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Col Matthew J. Mulbarger, USAF
                                        Air Force Chief Trial Attorney
                                        Christopher S. Cole, Esq.
                                        Maj Donald N. Bugg, USAF
                                        Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 21 June 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58779, 58844, Appeals of Maersk Line Limited, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals